JUDGE SWAIN

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :     INDICTMENT
        - v. -                      :
                                    :     07 Cr. ____
KWESI MENSAH,                       :
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - -x
```

**07 CRIM. 586**

## COUNT ONE

The Grand Jury charges:

In or about November 2004, in the Southern District of New York and elsewhere, KWESI MENSAH, the defendant, unlawfully, willfully and knowingly, did transfer, possess, and use, without lawful authority, a means of identification of another person with the intent to commit, and to aid and abet, and in connection with, unlawful activity that constitutes a violation of Federal law, and that constitutes a felony under applicable State and local law, to wit, MENSAH transferred, possessed, and sold stolen names and corresponding social security numbers that he knew would be used to file fraudulent tax returns.

(Title 18, United States Code, Section 1028(a)(7).)

_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

JUN 27 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

KWESI MENSAH,

Defendant.

**INDICTMENT**

07 Cr.

(18 U.S.C. § 1028(a)(7))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Charles L. A____*
Foreperson.

6/27/07   Indictment filed. A/W issued. Case
SAH       assigned to Judge Swain.

Fox, J.